No. 541. GRAY *v.* EUREKA-MARYLAND ASSURANCE CORP. October 13, 1941. Petition for writ of certiorari

to the Court of Appeals for the District of Columbia, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Thurman L. Dodson* for petitioner.